IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **PATRICIA E. PIERCE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) NO. 09-cv-966-JPG-CJP |
| | ) |
| | ) |
| **BRIGHTON COLLECTIBLES, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by all counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice, without costs.

DATED: November 18, 2010

**NANCY J. ROSENSTENGEL, Clerk of Court**

**By:s/Deborah Agans, Deputy Clerk**


APPROVED:   *s/J. Phil Gilbert*
            **J. PHIL GILBERT**
            **U. S. DISTRICT JUDGE**